# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICHOLLUS JACKSON, | Case No. 2:24-cv-01585-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| J. BEAN, et al., | |
| Respondents. | |

Nichollus Jackson has submitted a pro se 28 U.S.C. € 2254 petition for writ of habeas corpus. ECF No. 1. He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed in forma pauperis with the required inmate account statements for the past six months and financial certificate. 28 U.S.C. € 1915(a)(2); Local Rule LSR 1-2.

The action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.

**IT IS THEREFORE ORDERED** that within 30 days of the date of this order Petitioner must submit either the $5.00 filing fee or a fully completed application to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice and without further prior notice.

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time to pay the filing fee **(ECF No. 10) is DENIED** as moot.

**DATED:** January 3, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**