UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICHOLLUS JACKSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. BEAN, et al.,<br><br>　　　　　Respondents. | Case No. 2:24-cv-01585-RFB-BNW<br><br>**ORDER** |

　　　　Nichollus Jackson submitted a pro se 28 U.S.C. § 2254 petition for writ of habeas corpus. ECF No. 1. The Court directed Jackson to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* with the required inmate account statements for the past six months and financial certificate. ECF Nos. 12, 14; 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2. Those orders were served on Jackson at his address of record. See ECF Nos. 12, 14. More than the allotted time has passed, and Jackson has not complied with the orders or contacted the Court in any manner. Accordingly, the Court dismisses this action without prejudice as improperly commenced.

　　　　**IT IS THEREFORE ORDERED** that Petitioner's incomplete application to *proceed in forma pauperis* (ECF No. 13) **is DENIED**.

　　　　**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

　　　　**IT IS FURTHER ORDERED** that Petitioner's motion for stay and abeyance (ECF No. 3) is **DENIED** as moot.

　　　　**IT IS FURTHER ORDERED** that a certificate of appealability will not issue.

　　　　**IT IS FURTHER ORDERED** that the Petitioner may move to reopen this case and vacate the judgment by filing a motion for reconsideration of this Order. In this motion, the Plaintiff would need to explain that circumstances which led to him not being able to either pay the $5.00

filing fee or file a complete application to proceed *in forma pauperis*, as directed by the Court. If the Court finds there is good cause or a reasonable explanation for the failure, the Court will reopen the case and vacate the judgment.

      The Clerk of Court is directed to enter judgment accordingly and close this case.

**DATED:** this 6th day of March, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**